**Ronald NORDSTROM, Plaintiff-Appellant,**

v.

**Geoff DEAN, Ventura County Sheriff, Defendant-Appellee.**

No. 16-55901

United States Court of Appeals, Ninth Circuit.

Submitted October 23, 2017 *

Filed November 8, 2017

Jonathan Birdt, Attorney, Law Office of Jonathan W. Birdt, Porter Ranch, CA, for Plaintiff-Appellant

Marina Gatti Porche, Office of the County Counsel, Ventura, CA, for Defendant-Appellee

Before: McKEOWN, WATFORD, and FRIEDLAND, Circuit Judges

### MEMORANDUM **

Ronald Nordstrom appeals from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging a violation of his Second Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under Fed. R. Civ. P. 12(b)(6). *Mashiri v. Epsten Grinnell & Howell,* 845 F.3d 984, 988 (9th Cir. 2017). We affirm.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

The district court properly dismissed Nordstrom's Second Amendment claim because "the Second Amendment does not protect, in any degree, the carrying of concealed firearms by members of the general public." *Peruta v. County of San Diego,* 824 F.3d 919, 942 (9th Cir. 2016) (en banc).

**AFFIRMED.**